# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BUTLER, | 1:11cv0723 AWI DLB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS PRISONER CIVIL RIGHTS ACTION |
| v. | |
| DR. O. ONYEJE, et al., | |
| Defendants. | |

On April 5, 2011, Plaintiff Perry C. Butler filed the instant complaint in the United States District Court for the Central District of California. The action was transferred to this Court on May 5, 2011, and designated as a regular pro se action.

Upon further review, it has been determined that the present action involves prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a prisoner civil rights action, and the new case number shall be 1:11cv0723 AWI DLB PC.

IT IS SO ORDERED.

Dated:   May 9, 2011             /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

1