# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERRY C. BUTLER, | ) | 1:11cv0723 AWI DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR U.S. MARSHAL TO SERVE FIRST AMENDED COMPLAINT |
| v. | ) | |
| | ) | (Document 15) |
| DR. O. ONYEJIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Perry C. Butler, a former prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 5, 2011. Plaintiff submitted a First Amended Complaint on May 24, 2011.

Also on May 24, 2011, Plaintiff filed a "Motion for U.S. Marshal to Serve Summons and First Amended Complaint." Contrary to Plaintiff's belief, however, the Court's waiver of the filing fee does not, by itself, entitle Plaintiff to service of his complaint.

A federal court must engage in a preliminary screening of any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). Although Plaintiff is on parole and no longer incarcerated, his action involves the conditions of confinement and will be handled as a prisoner civil rights action.

Accordingly, Plaintiff's First Amended Complaint must first be screened and his Motion to Serve is DENIED.

IT IS SO ORDERED.

Dated: **November 3, 2011**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE