# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BUTLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONYEJIE, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00723-AWI-DLB PC<br><br>**ORDER DIRECTING CLERK OF COURT TO DESIGNATE ACTION AS REGULAR PRO SE ACTION AND REASSIGNING ACTION TO MAGISTRATE JUDGE MICHAEL J. SENG** |

　　　　On April 5, 2011, Plaintiff Perry C. Butler filed the instant complaint in the United States District Court for the Central District of California. The action was transferred to this Court on May 5, 2011, and designated as a regular pro se action. On May 10, 2011, the action was re-designated as a prisoner civil rights action.

　　　　Upon further review, it has been determined that Plaintiff filed the present action when he was unincarcerated. Thus, Local Rule 230(l) is not applicable and this action should be designated a regular pro se action. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular pro se civil rights action.

　　　　The undersigned is on recalled status, and will be unavailable to conduct any hearings in this matter. Accordingly, it is HEREBY ORDERED that this action is reassigned to United States Magistrate Judge Michael J. Seng, and the new case number shall be 1:11-cv-00723 AWI MJS.

IT IS SO ORDERED.

　　Dated:　**March 8, 2013**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1