IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PERRY C. BUTLER,** | Case No. 1:11-cv-00723-MJS |
| Plaintiff, | **ORDER** |
| v. | |
| **ONYEJE,** | |
| Defendant. | |

    The Court has considered Defendant Onyeje's first request for a 7-day extension of time to prepare and file a reply to Plaintiff's opposition to Defendant's motion for summary judgment and an opposition to Plaintiff's motion to strike the declaration of Dr. Barnett.

    GOOD CAUSE appearing for the request, Defendant shall have until May 22, 2013, to prepare and file his reply to Plaintiff's opposition to Defendant's motion for summary judgment and opposition to Plaintiff's motion to strike.

IT IS SO ORDERED.

Dated:   May 15, 2013                /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28